# Third District Court of Appeal

## State of Florida

Opinion filed February 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1097
Lower Tribunal No. F09-29542
_____

**Amadeo Valls,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Amadeo Valls, in proper person.

Ashley Moody, Attorney General, for appellee.


Before EMAS, FERNANDEZ and SCALES, JJ.

PER CURIAM.

Affirmed.